In the Matter of the Liability for Unemployment Contributions under Article 18 of the Labor Law Made by CONRAD F. MILLER, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Decision of the Appeal Board for the period prior to December 31, 1937, affirmed, and for the period subsequent to that date the decision is reversed and matter remitted to the Industrial Commis-

sioner for further proof if the Industrial Commissioner is so advised. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.